1   CHAD READLER
    Acting Assistant Attorney General
2
    ALEX G. TSE
3   Acting United States Attorney

4   MARCIA BERMAN
    Assistant Branch Director
5
    KAREN S. BLOOM
6   Senior Counsel
    R. CHARLIE MERRITT
7   Trial Attorney
    Civil Division, Federal Programs Branch
8   U.S. Department of Justice
    P.O. Box 883
9   Washington, D.C. 20044
    Telephone: (202) 514-4964
10  Facsimile: (202) 616-8460
    E-mail: karen.s.bloom@usdoj.gov
11
12  *Attorneys for Defendants*

13

14              **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

16  PEOPLE OF THE STATE OF CALIFORNIA
    ex rel. Xavier Becerra, Attorney General of     No.  17-7106
17  California,

18
                                                    **STIPULATIONTO EXTEND DATE FOR**
19                    Plaintiff,                     **RESPONDING TO PLAINTIFF'S**
                                                     **COMPLAINT**
20
             v.
21
    UNITED STATES DEPARTMENT OF
22  EDUCATION and BETSY DEVOS, in her
    official capacity as Secretary of Education,
23
24                    Defendants.
25

26

27       Plaintiff and Defendants, through their undersigned counsel of record, HEREBY

28  STIPULATE, pursuant to Civil L. R. 6-1(a), that the deadline for Defendants' response to

---

STIPULATION TO EXTEND DATE FOR RESPONDING TO COMPLAINT
3:17-cv-7106 SK

1   Plaintiff's Complaint is extended from March 21, 2018 to April 10, 2018.

2

3   Dated:  February 22, 2018                  Respectfully submitted,

4                                              CHAD READLER
                                               Acting Assistant Attorney General

5                                              MARCIA BERMAN
                                               Assistant Branch Director
6
                                               /s/ Karen S. Bloom
7                                              KAREN S. BLOOM
                                               Senior Counsel
8                                              R. CHARLIE MERRITT
                                               Trial Attorney
9                                              United States Department of Justice

10                                             *Attorneys for the Defendants*

11

12  Dated:  February 22, 2018                  Respectfully submitted,

13                                             XAVIER BECERRA
                                               Attorney General of California
14
                                               /s/ Bernard A. Eskandari
15                                             BERNARD A. ESKANDARI
                                               Deputy Attorney General
16
                                               *Attorneys for the People of the State of California*
17

18

19

20

21

22

23

24

25

26

27

28