UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, <br><br> Plaintiff(s) <br><br> v. <br><br> U.S. Department of Education, et al., <br><br> Defendant(s) | Case No. C 17-cv-07106-SK <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  March 19, 2018

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Bernard A. Eskandari, Plaintiff | (213) 269-6348 <br> bernard.eskandari@doj.ca.gov |
| Karen S. Bloom, Defendants | (202) 514-4964 <br> karen.s.bloom@usdoj.gov |
| R. Charlie Merritt, Defendants | (202) 305-5440 <br> robert.c.merritt@usdoj.gov |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: February 26, 2018        Signed: /s/ Bernard A. Eskandari
                                       Attorney for Plaintiff

Date: February 26, 2018        Signed: /s/ Karen S. Bloom
                                       Attorney for Defendant

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*