CHAD READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4964
Facsimile: (202) 616-8460
E-mail: karen.s.bloom@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education,<br><br>Defendants. | No. 3:17-cv-7106-SK<br><br>**STIPULATION TO EXTEND DATE FOR RESPONDING TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff and Defendants, through their undersigned counsel of record, HEREBY STIPULATE, pursuant to Civil L. R. 6-1(a), that the deadline for Defendants' response to

Plaintiff's Amended Complaint is extended from August 10, 2018 to September 13, 2018.

Dated:  August 6, 2018                              Respectfully submitted,

                CHAD READLER
                Acting Assistant Attorney General

                MARCIA BERMAN
                Assistant Branch Director

                */s/* Karen S. Bloom
                KAREN S. BLOOM
                Senior Counsel
                R. CHARLIE MERRITT
                Trial Attorney
                United States Department of Justice

                *Attorneys for the Defendants*


Dated:  August 6, 2018                              Respectfully submitted,

                XAVIER BECERRA
                Attorney General of California

                */s/* Bernard A. Eskandari
                BERNARD A. ESKANDARI
                Deputy Attorney General

                *Attorneys for the People of the State of California*