XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
MICHAEL E. ELISOFON (SBN 240707)
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorneys General
AMOS E. HARTSTON (SBN 186471)
STEVEN D. DE SALVO (SBN 199904)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>             Plaintiff,<br><br>      v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>             Defendants. | Case No. 17-cv-07106-SK<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

## STIPULATION

On September 13, 2018, Defendants intend to move to dismiss Plaintiff's first amended complaint [Doc. No. 37]. To provide the parties with sufficient time to brief the issues raised in Defendants' motion, the parties have met and conferred on an appropriate briefing schedule. The parties' proposed briefing schedule should not delay this case. There have been no previous requests to alter any briefing schedule in this case. Accordingly, Plaintiff and Defendants, through their undersigned counsel of record, HEREBY STIPULATE to the following briefing schedule

for Defendants' motion to dismiss:

1. Plaintiff shall file its opposition on or before October 11, 2018.

2. Defendants shall file their reply on or before November 1, 2018

3. Defendants shall seek a hearing date on or after December 17, 2018, in accordance with applicable Court rules.

Dated: September 10, 2018              Respectfully submitted,

                                       XAVIER BECERRA
                                       Attorney General of California


                                       /s/ Bernard A. Eskandari
                                       BERNARD A. ESKANDARI
                                       Supervising Deputy Attorney General

                                       *Attorneys for Plaintiff the People of the State of California*


Dated: September 10, 2018              Respectfully submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       MARCIA BERMAN
                                       Assistant Branch Director


                                       /s/ R. Charlie Merritt
                                       KAREN S. BLOOM
                                       Senior Counsel
                                       R. CHARLIE MERRITT
                                       Trial Attorney
                                       United States Department of Justice

                                       *Attorneys for the Defendants*

**ORDER**

Pursuant to stipulation, the following schedule is hereby ORDERED for Defendants' motion to dismiss Plaintiff's first amended complaint:

1. Plaintiff shall file its opposition on or before October 11, 2018.

2. Defendants shall file their reply on or before November 1, 2018

3. A hearing date is set for December 17, 2018 at 1:30 p.m. in Courtroom C.

Date: September 12, 2018

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE