United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF
CALIFORNIA,

        Plaintiff,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

        Defendants.

Case No.  17-cv-07106-SK

**NOTICE OF CONTINUANCE OF
HEARING OF MOTION TO DISMISS**

Regarding Docket No. 42

On December 13, 2018, the United States Department of Education (the "Department") issued a press release titled: "Closed School Discharge Changes."   This press release appears to adopt a new position and appears to affect the claims at issue in this litigation.  Given this press release, the Court continues the hearing on the motion to dismiss scheduled for Monday, December 17, 2018 to January 14, 2019 at 9:30 a.m.

The parties shall submit a joint status report by January 7, 2019, advising the Court of the impact of the Department's new position on the current litigation.

**IT IS SO ORDERED**.

Dated: December 14, 2018



SALLIE KIM
United States Magistrate Judge