IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>Defendants. | Case No. 17-cv-07106-SK<br><br>**MODIFIED ORDER GRANTING STAY OF UPCOMING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The Court, having considered Defendants' Motion for a Stay of Upcoming Deadlines in Light of Lapse of Appropriations and California's Opposition, HEREBY ORDERS as follows:

The Motion is GRANTED. The Court stays the action until January 11, 2019 or to the date Congress has appropriated funds for the Department of Justice, whichever is earlier.

The joint status report previously due on January 7, 2019 is now due on January 18, 2019. The motion to dismiss is continued to January 28, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: December 27, 2018

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE