XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
MICHAEL E. ELISOFON (SBN 240707)
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorneys General
AMOS E. HARTSTON (SBN 186471)
STEVEN D. DE SALVO (SBN 199904)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>            Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>            Defendants. | Case No. 17-cv-07106-SK<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date:         January 28, 2019<br>Time:        9:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge:       Hon. Sallie Kim |

Under Civil Local Rule 7-3(d)(2), California submits this Statement of Recent Decision in support of its Opposition to Defendants' Motion to Dismiss First Amended Complaint. (Dkt. 43.) Attached as Exhibit A is a copy of the opinion in *California v. Azar*, 911 F.3d 558, 2018 WL 6566752 (9th Cir. 2018), which the U.S. Court of Appeals for the Ninth Circuit filed on December 13, 2018.

This recent decision is relevant because it held that California has standing to assert claims under the Administrative Procedure Act against the federal government where there was a

1

"reasonable probability" of future injury to California's proprietary interest. *Id*. at *5-8.

Dated: January 11, 2018

Respectfully submitted,

/s/ Bernard A. Eskandari
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

2
Statement of Recent Decision
Case No. 17-cv-07106-SK