UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. 17-cv-07106-SK<br><br>**ORDER EXTENDING STAY AND CONTINUING HEARING** |

On December 27, 2018, the Court Granted Defendants' Motion for a Stay of Upcoming Deadlines in Light of Lapse of Appropriations until January 11, 2019. Since Congress has not appropriated funds for the Department of Justice, the stay shall remain in place until January 28, 2019 or to the date Congress has appropriated funds for the Department of Justice, whichever is earlier.

The joint status report previously due on January 18, 2019 is now due on February 8, 2019. The motion to dismiss is continued to February 25, 2019 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: January 11, 2019

_____
SALLIE KIM
United States Magistrate Judge