XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorneys General
AMOS E. HARTSTON (SBN 186471)
STEVEN D. DE SALVO (SBN 199904)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>            Plaintiff,<br><br>       v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>            Defendants. | Case No. 17-cv-07106-SK<br><br>**CALIFORNIA'S NOTICE OF NON-AMENDMENT**<br><br>Regarding Docket Nos. 37, 56 |

California submits this notice to inform the Court and Defendants that it will proceed with the surviving claims identified in the Court's March 4, 2019 Order (Dkt. 56) and that it will not be amending the First Amended Complaint (Dkt. 37). California's decision is not intended to waive any appeal rights with respect to dismissed claims. California reserves all rights.

Dated: April 1, 2019                                          Respectfully submitted,

/s/ Bernard A. Eskandari
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

1