JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
E-mail: robert.c.merritt@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education

Defendants.

No. 3:17-cv-7106-SK

**ADMINISTRATIVE RECORD INDEX**

**Administrative Record Index**

Letter from Robin S. Minor to Jack D. Massimino, regarding notice of intent to fine Heald College, April 14, 2015 .......... DOE_00000001

"U.S. Department of Education Fines Corinthian Colleges $30 million for Misrepresentation," April 14, 2015 .......... DOE_00000017

"Fact Sheet: Protecting Students from Abusive Career Colleges," June 8, 2015. .......... DOE_00000020

Ted Mitchell, "Debt Relief for Corinthian Colleges Students," June 8, 2015 .......... DOE_00000026

Cameron Brenchley, "For Corinthian Colleges Students: What You Need to Know about Debt Relief," June 8, 2015 .......... DOE_00000044

Cameron Brenchley, "Debt Relief for Corinthian Students — How We're Working to Protect Taxpayers," June 10, 2015 .......... DOE_00000055

List of Heald College Programs and Enrollment Dates Covered by Department of Education Findings .......... DOE_00000059

"Department of Education and Attorney General Kamala Harris Announce Findings from Investigation of Wyotech and Everest Programs," November 17, 2015 .......... DOE_00000079

"U.S. Department of Education Announces Path for Debt Relief for Students at 91 Additional Corinthian Campuses," March 26, 2016 .......... DOE_00000100

List of Everest/WyoTech Programs and Enrollment Dates Covered by U.S. Department of Education ("Department") Findings, updated June 15, 2016 .......... DOE_00000105

Action Items on Borrower Defense, from James Manning to Secretary DeVos, May 4, 2017 .......... DOE_00000127

"Improved Borrower Defense Discharge Process Will Aid Defrauded Borrowers, Protect Taxpayers," December 20, 2017, and also as updated May 24, 2018 .......... DOE_00000131

Borrower Defense Relief Methodology for CCI Claims, December 15, 2017 .......... DOE_00000136

Amended Information Exchange Agreement Between the Department and the Social Security Administration (SSA) for Aggregate Earnings Data, May 24, 2013 .......... DOE_00000184

Common Services for Borrowers System of Records Notice (SORN), 81 Fed. Reg. 60683, September 2, 2016 ........................................................................................DOE_00000213

Spreadsheets of Corinthian borrower defense claimants' data, for borrower defense claims submitted from 2015 to July 2017 that were included in the Borrower Defense Relief Methodology ...........................................................................................DOE_00000222

Corinthian borrower defense claimants' data, sent by the Department to SSA, September 22, 2017...........................................................................................................DOE_00000226

Earnings information for certain CCI borrower defense claimants,[1] sent by SSA to the Department, October 2, 2017.........................................................................DOE_00000228

Crosswalk of Corinthian borrower defense claimants and amount of calculated relief, using the Borrower Defense Relief Methodology, December 15, 2017 ........................DOE_00000229

Gainful employment earnings data, 2014 calendar year[2] ...................................DOE_00000243

National Center for Education Statistics, Classification of Instructional Programs (CIP) spreadsheet for 2010[3] ...........................................................................DOE_00000409

First Report of the Special Master for Borrower Defense to the Under Secretary, September 3, 2015..........................................................................................................DOE_00000841

Second Report of the Special Master for Borrower Defense to the Under Secretary, December 3, 2015..........................................................................................................DOE_00000852

Third Report of the Special Master for Borrower Defense to the Under Secretary, March 25, 2016 ..........................................................................................................DOE_00000859

Fourth Report of the Special Master for Borrower Defense to the Under Secretary, June 29, 2016 ................................................................................................................DOE_00000868

FSA Enforcement Office Report on Borrower Defense, October 28, 2016 .........DOE_00000876

Department of Education, Office of Inspector General, "Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process," December 8, 2017 ........................DOE_00000881

---

[1] See footnote 2.

[2] Also available at https://studentaid.ed.gov/sa/sites/default/files/GE_SSA_Earnings_2014.xls.

[3] Also available at https://nces.ed.gov/ipeds/cipcode/default.aspx?y=55.

FSA procedures for reviewing Corinthian JPR[4] borrower defense to repayment claims for Heald College borrowers (versions dated April 15, 2016 to May 31, 2017) ............DOE_00000923

FSA procedures for reviewing Corinthian JPR borrower defense to repayment claims for Everest Institute and WyoTech borrowers (versions dated June 8, 2016 to May 31, 2017) ..........................................................................................................DOE_00000963

Department's Gainful Employment Information website ...................................DOE_00001038

*Department's Borrower Defense to Repayment and related information for Corinthian Students webpages (versions from 2015 to 2018)*

Borrower Defense to Repayment webpage, as of February 9, 2017 .............DOE_00001042

Borrower Defense to Repayment webpage, as of February 24, 2016 ...........DOE_00001046

Borrower Defense to Repayment webpage, as of April 29, 2018 .................DOE_00001049

Borrower Defense to Repayment webpage, as of August 31, 2017 ..............DOE_00001053

Borrower Defense to Repayment webpage, as of October 5, 2016 ...............DOE_00001057

Borrower Defense to Repayment webpage, as of December 29, 2016 ..........DOE_00001060

Borrower Defense to Repayment webpage (Spanish), as of February 10, 2017 ..........................................................................................................DOE_00001064

Borrower Defense to Repayment webpage (Spanish), as of April 29, 2018 ..DOE_00001068

Borrower Defense to Repayment webpage (Spanish), as of October 5, 2016 ..........................................................................................................DOE_00001073

Frequently Asked Questions About Zenith Education Group and Corinthian Colleges, as of February 3, 2015 ..........................................................................DOE_00001076

Frequently Asked Questions About Corinthian Colleges, as of April 16, 2015 ..........................................................................................................DOE_00001079

Frequently Asked Questions About Corinthian Colleges, as of April 29, 2018 ..........................................................................................................DOE_00001083

---

4 "Corinthian JPR borrower defense to repayment claimants" refers to borrowers who filed applications for federal student loan relief on the basis of the Department's borrower defense to repayment (also known as "borrower defense") process under 34 C.F.R. § 685.206, on the basis of the Department's findings that certain schools operated by Corinthian Colleges, Inc. ("Corinthian" or "CCI") had made misrepresentations as to the job placement rates ("JPR") of certain programs for specific time periods.

Frequently Asked Questions About Corinthian Colleges, as of May 6, 2015 ....................DOE_00001090

Frequently Asked Questions About Corinthian Colleges, as of June 18, 2015 ....................DOE_00001094

Frequently Asked Questions About Corinthian Colleges, as of July 6, 2015 ....................DOE_00001097

Frequently Asked Questions About Corinthian Colleges, as of July 11, 2014 ....................DOE_00001102

Frequently Asked Questions About Corinthian Colleges, as of October 9, 2014 .................... DOE_00001106

Frequently Asked Questions About Corinthian Colleges (Spanish), as of April 15, 2015 ....................DOE_00001110

Frequently Asked Questions About Corinthian Colleges (Spanish), as of April 29, 2018 ....................DOE_00001113

Frequently Asked Questions About Corinthian Colleges (Spanish), as of June 18, 2015 ....................DOE_00001119

Frequently Asked Questions About Corinthian Colleges (Spanish), as of August 28, 2014 ....................DOE_00001122

Information About Debt Relief for Corinthian Colleges Students, as of January 13, 2017 ....................DOE_00001126

Information About Debt Relief for Corinthian Colleges Students, as of February 3, 2015 ....................DOE_00001131

Information About Debt Relief for Corinthian Colleges Students, as of April 26, 2016 ....................DOE_00001136

Information About Debt Relief for Corinthian Colleges Students, as of April 29, 2018 ....................DOE_00001141

Information About Debt Relief for Corinthian Colleges Students, as of May 10, 2015 ....................DOE_00001146

Information About Debt Relief for Corinthian Colleges Students, as of June 8, 2015 ....................DOE_00001151

Information About Debt Relief for Corinthian Colleges Students, as of June 30, 2015 ....................DOE_00001156

Information About Debt Relief for Corinthian Colleges Students, as of September 1, 2015 ....................DOE_00001161

Information About Debt Relief for Corinthian Colleges Students, as of November 1, 2016 ....................DOE_00001166

Information About Debt Relief for Corinthian Colleges Students (Spanish), as of April 29, 2018....................DOE_00001171

Information About Debt Relief for Corinthian Colleges Students (Spanish), as of June 19, 2015....................DOE_00001176

Information About Debt Relief for Corinthian Colleges Students (Spanish), as of August 18, 2015....................DOE_00001181

Information for Everest Institute Students, as of August 28, 2014................DOE_00001186

Information for Everest Institute Students (Spanish), as of August 28, 2014 ....................DOE_00001188

Student Loan Forgiveness for Former Corinthian Colleges Students, as of August 2016 ....................DOE_00001191

*Department's Borrower Defense to Repayment application forms, including attestation forms for Corinthian JPR borrower defense to repayment claimants for Heald College and Everest Institute/WyoTech) (versions from June 2015 to April 2015)*

Borrower Defense Application Form, as of April 30, 2018 ..........................DOE_00001192

Borrower Defense Application Form, as of December 2016 ........................DOE_00001200

Borrower Defense Application Form, as of March 2018 .............................DOE_00001208

Borrower Defense Application Form (html), as of April 6, 2018 .................DOE_00001216

Borrower Defense Application Form (html), as of December 2016 .............DOE_00001223

Everest/WyoTech Attestation Form, as of December 2016 ..........................DOE_00001230

Everest/WyoTech Attestation Form, as of March 2016 ................................DOE_00001234

Everest/WyoTech Attestation Form, as of May 2016 ..................................DOE_00001238

Everest/WyoTech Attestation Form, as of October 2016..............................DOE_00001242

Everest/WyoTech Attestation Form (html), as of April 2018 .......................DOE_00001246

Everest/WyoTech Attestation Form (html), as of March 2016 .....................DOE_00001251

Everest/WyoTech Attestation Form (html), as of October 2016...................DOE_00001256

Heald College Attestation Form, as of June 2015 ........................................DOE_00001261

Heald College Attestation Form, as of March 2018 .....................................DOE_00001265

Heald College Attestation Form (html), as of October 2016.........................DOE_00001270

Heald College Attestation Form, as of October 2016...................................DOE_00001274

Heald College Attestation Form (html), as of April 2018 .............................DOE_00001278

Heald College Attestation Form (html), as of June 2015 .............................DOE_00001283

Correspondence to and from the Department ..................................................DOE_00001288

34 C.F.R. § 685.206 (2012) ..........................................................................DOE_00001425

Notice of Interpretation, 60 Fed. Reg. 37768, July 21, 1995.............................DOE_00001426

Declaration of James F. Manning in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Docket No. 42-1, *Manriquez v. DeVos*, Civ. No. 17-7210 (N.D. Cal., April 12, 2018)...............................................................................DOE_00001430

Declaration of Phillip Juengst in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Docket No. 42-2, *Manriquez v. DeVos*, Civ. No. 17-7210 (N.D. Cal., April 12, 2018)...............................................................................DOE_00001448

Declaration of Julian Schmoke in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Docket No. 42-3, *Manriquez v. DeVos*, Civ. No. 17-7210 (N.D. Cal., April 12, 2018)...............................................................................DOE_00001640

Declaration of Frank D. Curran in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Docket No. 42-4, *Manriquez v. DeVos*, Civ. No. 17-7210 (N.D. Cal., April 12, 2018)...............................................................................DOE_00001646

Recommendations from Federal Student Aid ("FSA") to the Under Secretary to grant and to deny relief to Corinthian JPR borrower defense claimants, from November 2015 to May 2018 .......................................................................................................... DOE_00001652

Examples of Department decisions granting federal student loan relief to Corinthian JPR borrower defense to repayment claimants, from November 2015 to May 2018 . .............................................................................................................DOE_00003279

Borrower Defense Unit Claims Review Protocol (as of February 2017) ............DOE_00003348