JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>          Defendants. | No. 3:17-cv-7106-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's August 13, 2019 Order, the parties submit this joint case management statement in advance of the case management conference currently scheduled for October 7, 2019. *See* ECF No. 70.

On May 6, the Court ordered Defendants to file an answer and the certified administrative record by July 8, 2019, ECF No. 63, which Defendants did, *see* ECF Nos. 64 & 65. Defendants then filed an amended answer on August 9, 2019. ECF No. 67. On July 31, 2019, Plaintiff filed a Motion to Complete the Administrative Record in Accordance with 5 U.S.C. § 706. ECF No. 66 ("Motion"). On August 28, 2019, Defendants filed a Notice of Filing Supplement to Administrative Record, ECF No. 71, and also filed an Amended Certification of Administrative Record, ECF No.

71-1. Briefing on Plaintiff's Motion is complete, and a hearing is scheduled for October 7, 2019, the same date as the case management conference.

The parties have met and conferred and are in agreement that they would be in a better position to propose a schedule for further proceedings once the Court resolves Plaintiff's Motion. Until the dispute over the completeness of the administrative record is resolved, there is uncertainty as to the status of the record and the parties cannot proceed to merits briefing. Accordingly, the parties propose that they file another case management statement 14 days after the Court issues a decision on Plaintiff's Motion.

Dated: September 30, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ *Bernard A. Eskandari*
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

*Attorneys for the People of the State of California*

Dated: September 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Kevin P. Hancock*
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 514-3183 (phone)
(202) 616-8470 (fax)
E-mail: kevin.hancock@usdoj.gov

*Attorneys for the Defendants*