UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>  Defendants. | Case No. 17-cv-07106-SK<br><br>**ORDER REGARDING SCHEDULING AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Regarding Docket No. 76 |

On October 7, 2019, the Court heard oral argument on Plaintiff's motion for an order directing Defendants to complete the administrative record. The Court takes the matter under submission. In the meantime, the Court ORDERS the parties to meet and confer regarding scheduling for the rest of the case no later than October 15, 2019, and to submit a joint scheduling proposal no later than October 21, 2019. The parties may propose two schedules, one assuming the Court finds that the administrative record is already complete, and one assuming the Court finds that the administrative record is incomplete. In the event the parties cannot agree on dates, each party may individually file its own proposed schedules.

Simultaneously, the Court REFERS this matter to Magistrate Judge Ryu for a mandatory settlement conference, to be completed no later than February 4, 2020.

**IT IS SO ORDERED**.

Dated: October 8, 2019

_____
SALLIE KIM
United States Magistrate Judge