UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No.  17-cv-07106-SK<br><br>**ORDER GRANTING MOTION TO EXTEND PRIVILEGE LOG DEADLINE**<br><br>Regarding Docket Nos. 85, 86 |

On October 11, 2019, the Court issued an order requiring Defendants to produce a privilege log for the entire administrative record in this case, as well as copies of eight particular documents for *in camera* review and a privilege log covering those documents. (Dkt. 81.) The Court gave Defendants until October 25, 2019, to complete production of those materials. (*Id.*) Defendants now move to extend the deadline for producing the entire privilege log until January 10, 2020. (Dkt. 85.) Defendants aver that they still intend to produce the eight documents for *in camera* review and accompanying privilege log by October 25, 2019. (*Id.*) Plaintiff opposes Defendants' request, but agrees that an extension to November 8, 2019, would be reasonable. (Dkt. 86.)

It perturbs the Court that, nearly two years into this litigation, Defendants seem so woefully unprepared to produce an administrative record and accompanying privilege log in keeping with normal procedure in administrative law cases. *See Regents v. U.S. Dep't of Homeland Sec.*, 2018 WL 1210551, at *6 (N.D. Cal. Mar. 8, 2018). The Court will grant a short extension but finds that the months of additional time Defendants request are unjustified. Accordingly, the Court HEREBY ORDERS that Defendants shall submit their privilege log for the entire administrative record no later than November 15, 2019. Defendants must submit the

copies of the eight particular documents identified earlier for *in camera* review and a privilege log covering those documents no later than October 25, 2019.

**IT IS SO ORDERED**.

Dated: October 23, 2019



SALLIE KIM
United States Magistrate Judge