AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| The People of the State of California, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-07106SK |
| United States Department of Education, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California

Date:     10/25/2019

/s/ Amos E. Hartston
*Attorney's signature*

Amos E. Hartston (CA 186471)
*Printed name and bar number*

California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

amos.hartston@doj.ca.gov
*E-mail address*

(213) 269-6046
*Telephone number*

(213) 897-4951
*FAX number*