1   XAVIER BECERRA
    Attorney General of California
2   NICKLAS A. AKERS (SBN 211222)
    Senior Assistant Attorney General
3   BERNARD A. ESKANDARI (SBN 244395)
    Supervising Deputy Attorney General
4   AMOS E. HARTSTON (SBN 186471)
    STEVEN D. DE SALVO (SBN 199904)
5   Deputy Attorneys General
     300 South Spring Street, Suite 1702
6    Los Angeles, CA 90013
     Tel: (213) 269-6348
7    Fax: (213) 897-4951
     Email: bernard.eskandari@doj.ca.gov
8
    *Attorneys for Plaintiff the People of the State of*
9   *California*

10

11                  IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **THE PEOPLE OF THE STATE OF CALIFORNIA,** | Case No. 17-cv-07106-SK |
| 15  Plaintiff, | **UPDATE ON PROGRESS FOR JANUARY 13, 2020 STATUS** |
| 16 | **CONFERENCE** |
| 17  v. | Regarding Dkts. 81, 95, 99, 102, 105 |
| 18  **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** | Date:          January 13, 2020 |
| 19  Defendants. | Time:          9:00 a.m. |
| 20 | Courtroom:  C, 15th Floor |
| | Judge:        Hon. Sallie Kim |

21

22

23        On November 25, 2019, the Court held a status conference regarding eight document

24   submitted for *in camera* review. (Dkts. 99, 103.) At the conference, the Court ordered the parties

25   (1) to meet and confer to identify a narrowed set of documents for Defendants to conduct a FOIA

26   review, and (2) to file a stipulation or competing proposals on how to manage the production of

27   those documents identified. (Dkt. 99.)

28        The parties have met and conferred a number of times and are continuing to meet and

1

confer. The parties endeavor to avoid filing competing proposals and expect to file a joint stipulation by Friday, January 10, 2019, in advance of the further status conference on Monday, January 13, 2019.

Dated: January 7, 2019                                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Bernard A. Eskandari
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

*Attorneys for Plaintiff the People of the State of California*

2