XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
STEVEN D. DE SALVO (SBN 199904)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-07106-SK<br><br>**STIPULATION REGARDING NARROWED SET OF DOCUMENTS FOR FOIA REVIEW AND TIMELINES**<br><br>Date:　　　　January 13, 2019<br>Time:　　　　9:00 a.m.<br>Courtroom:　C, 15th Floor<br>Judge:　　　Hon. Sallie Kim |

**RECITALS**

1. On October 11, 2019, the Court ordered the U.S. Department of Education and Secretary DeVos (collectively, "Defendants") to produce by October 25, 2019, a complete privilege log of documents withheld from the administrative record. The Court further ordered that alongside each entry on the privilege log, Defendants must indicate whether each document has already been provided to the public pursuant to Freedom of Information Act ("FOIA") request(s). (Dkt. 81.)

1

2. The Court granted Defendants an extension until November 15, 2019. (Dkt. 88.)

3. Defendants filed a privilege log on November 15, 2019, (Dkt. 96) and, at the same time, moved for relief from the Court's order that Defendants indicate whether each document has already been provided to the public pursuant to FOIA request(s). (Dkt. 95).

4. California opposed Defendants' motion (Dkt. 102).

5. At the November 25, 2019 status conference (Dkt. 99), the parties agreed to meet and confer to identify the most relevant documents from the privilege log for Defendants to conduct a FOIA review and to submit a stipulation or competing proposals in advance of the January 13, 2020 status conference.

6. During the meet-and-confer process, California provided Defendants with the following six categories that may identify highly relevant documents from the privilege log ("Categories"):

   i. Documents that summarize or adopt findings or legal bases employed to approve Corinthian borrower-defense claims prior to December 20, 2017.

   ii. Documents that summarize or adopt findings or legal bases employed to determine that full relief was appropriate for approved borrower-defense claims prior to December 20, 2017.

   iii. Documents that summarize or adopt findings or legal bases employed to determine that certain education programs offered by Corinthian had minimal or no value.

   iv. Documents that summarize or adopt findings or legal bases employed to determine that state law provides or does not provide the basis for relief due an approved borrower-defense claim.

   v. Documents that summarize or adopt findings or legal bases employed to allow certain Corinthian borrower-defense claimants to rely on ED's findings about Corinthian's misconduct and to attest to the elements of harm and reliance, without the need to submit individualized evidence of harm to support their claims.

   vi. Documents that summarize or adopt findings or legal bases employed to apply ED's partial-relief methodology announced on December 20, 2017 to then-pending Corinthian borrower-defense claims.

7. California agreed that it is not requesting that Defendants identify document "drafts" from the privilege log, even if such drafts would otherwise qualify under one of California's six categories. The parties agreed that "drafts" does not include situations (1) where a

draft is the latest version of a document and there is no final version or subsequent draft; or (2) where a document is designated a "draft" but was actually operative or relied on by the agency.

8. California also provided Defendants with a list of exemplars of potentially highly relevant documents (Attachment 1) and identified 40 documents on the privilege log that also appear to be highly relevant (Attachments 2 and 3).

9. Defendants assert that they have already started to conduct a FOIA review on a number of the specific documents identified by California in Attachments 1-3 that are non-drafts and fall within the Categories.

## STIPULATION

California and Defendants, through their respective counsel of record, stipulate as follows:

A. On or before January 17, 2020, using the Categories and Attachments 1-3, Defendants will identify to California a proposed narrowed set of documents for FOIA review. For each document in the narrowed set, Defendants will indicate the Category (or Categories) that the document met for inclusion in the narrowed set.

B. The parties will then further meet and confer to finalize an agreed narrowed set of documents for FOIA review by January 21, 2020,

C. On or before January 24, 2020, Defendants will provide California with a proposal for when they will complete the FOIA review of the narrowed set of documents.

D. Defendants will file with the Court a report that identifies the agreed narrowed set of documents for FOIA review and that states the completion date of that review.

E. Defendants will provide California with the results of the FOIA review on a rolling basis, as timely as possible.

F. During the pendency of Defendants' FOIA review, California may raise with the Court privilege or other issues as reasonable and appropriate to efficiently advance this case.

/ / /

| | | |
|---|---|---|
| 1 | Dated: January 10, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | |
| 4 | | /s/ Bernard A. Eskandari<br>BERNARD A. ESKANDARI<br>Supervising Deputy Attorney General |
| 5 | | |
| 6 | | *Attorneys for Plaintiff the People of the State of California* |

Dated: January 10, 2020                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director

/s/ Kevin P. Hancock
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys, U.S. Department of Justice

*Attorneys for Defendants*