# Attachment 2

| | Prod_BEGDOC# | Prod_ENDDOC# | Title/Description of Document (for documents other than email) | Author | Subject (for email) | To | From | CC (for email) | Date Time Sent | Subject Matter | Privilege | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | DOE_00003360 | DOE_00003360 | Borrower Defense Relief for CCI Claims 11.28.17 Final Recommendation.12.1.17.docx | Juengst, Phillip (OCFO) | | | | | | Relief analysis for borrower defense methodology | DP - Deliberative Process | Draft document with recommendations for relief for borrower defense methodology, prepared for pre-decisional deliberative discussion regarding same, with substantive comments and edits from staff |
| 108 | DOE_00003388 | DOE_00003388 | Recommendations to Grant Relief to Certain CCI Student Loan Borrowers Who Have Asserted Borrower Defense Claims Based on Misrepresentations Regarding Job Placement Rates | Johnson, Wayne (FSA); Minor, Robin (FSA); Schmoke, Julian (FSA) | | Manning, James (OUS) | | | | Recommendations for approval of borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft of approval recommendation for specific borrower defense claims and a template borrower decision letter for ED leadership review; recommendation drafted by BDU attorneys |
| 109 | DOE_00003389 | DOE_00003389 | Attachment A - Approved JPR claims.12.15.17.pdf | Porter, Christopher (FSA) | | | | | | Recommendations for approval of borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process; PII - Personal Privacy | Pre-decisional deliberative draft of approval recommendation attachment with borrower data for specific borrower defense claims and a template borrower decision letter for ED leadership review; recommendation submitted by BDU attorneys |
| 110 | DOE_00003390 | DOE_00003390 | Attachment B - Pre-Discharge 100 Percent Relief Letter.FINAL.docx | Joyce, Erin (BDU, FSA) | | | | | | Recommendations for approval of borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft of template decision letter for borrower defense applicants for ED leadership review submitted by BDU attorneys |
| 144 | DOE_00003424 | DOE_00003424 | Borrower Defense Update 12.12.17 (Final).docx | Riemer, Jeffrey (Justin) (OGC) | | | | | | Borrower defense approvals and denials | DP - Deliberative Process | Pre-decisional deliberative briefing document regarding status and course of action for borrower defense approvals and denials |
| 180 | DOE_00003461 | DOE_00003461 | Borrower Defense Relief for CCI Claims 11.9.17 Final Recommendation.docx | Juengst, Phillip (OCFO) | | | | | | Relief analysis for borrower relief methodology | DP - Deliberative Process | Pre-decisional deliberative draft document with recommendations for relief for borrower defense relief methodology |
| 189 | DOE_00003470 | DOE_00003470 | ED1-#60074-v1-Heald_Everest_and_Wyotech_transferability_concurrence_me...pdf | DiPaolo, John (OGC) | | | | | | Legal bases for certain types of borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Memo prepared by OGC attorneys providing OGC's legal opinion regarding Borrower Defense Unit's recommendations for adjudicating certain types of borrower defense claims |
| 198 | DOE_00003479 | DOE_00003479 | BDR Claims Overview 121817.ppt | Ryan, Sam (OCO) | | | | | | Borrower defense relief methodology | DP - Deliberative Process | Pre-decisional and deliberative draft power point regarding background of borrower defense and borrower defense relief methodology |
| 199 | DOE_00003480 | DOE_00003480 | Legal Bases for Approval and Discharge OGC Memo (FINAL) (on letterhead).docx | Menashi, Steven (OGC) | | | | | | Legal bases for certain types of borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative legal document drafted by OGC attorneys regarding legal basis for borrower defense relief for certain CCI borrowers |
| 204 | DOE_00003488 | DOE_00003488 | Sec Approval (Signed) 5.5.17.pdf | | | | | | | Borrower defense approvals and denials | WP - Work Product; DP - Deliberative Process | Recommendation memo consisting of pre-decisional and deliberative analysis of borrower defense action items for the Secretary's consideration |
| 264 | DOE_00003548 | DOE_00003548 | | | Restitution, Holder Rule | Hong, Caroline (OGC);Siegel, Brian (OGC) | Menashi, Steven (OGC) | Riemer, Jeffrey (Justin) (OGC) | 12/13/2017 12:27 | Legal basis for borrower defense relief | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Internal agency email reflecting pre-decisional deliberation regarding legal basis for borrower defense relief from OGC attorney and seeking input from other attorneys in OGC |
| 266 | DOE_00003553 | DOE_00003553 | | | Re: RE: | Riemer, Jeffrey (Justin) (OGC) | Menashi, Steven (OGC) | | 12/13/2017 0:08 | Legal basis for borrower defense relief for certain CCI borrowers | AC - Attorney Client Privilege; DP - Deliberative Process | Internal agency email reflecting pre-decisional deliberative discussion between OGC attorneys regarding substantive edits to draft legal memo regarding legal basis for borrower defense relief for certain CCI borrowers |
| 292 | DOE_00003580 | DOE_00003580 | Memo -- Materiality, Remedy.docx | Joyce, Erin (BDU, FSA) | | | | | | Borrower defense relief methodology | AC - Attorney Client Privilege; DP - Deliberative Process | Internal email attachment, sent by OGC attorneys, consisting of earlier confidential OGC memorandum discussing relevant state law on misrepresentation |
| 304 | DOE_00003592 | DOE_00003592 | Borrower Defense Update 12.12.17 (Final).docx | Riemer, Jeffrey (Justin) (OGC) | | | | | | Borrower defense claims data | AC - Attorney Client Privilege; DP - Deliberative Process | Pre-decisional deliberative draft document with program data for borrower defense claims |
| 307 | DOE_00003595 | DOE_00003595 | Legal Bases for Approval and Discharge OGC Memo (Executed) w. Appendix.pdf | Menashi, Steven (OGC) | | | | | | Legal basis for borrower defense relief for certain CCI borrowers | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft legal document drafted by OGC attorneys regarding legal basis for borrower defense relief for certain borrower CCI defense claims prepared to facilitate pre- decisional deliberative discussion of same with legal advice from OGC attorneys, with appendices |
| 310 | DOE_00003598 | DOE_00003598 | Approval Recommendation Memo.FINAL.docx | Basford, Laura (BDU, FSA) | | | | | | Borrower defense approvals | DP - Deliberative Process | Pre-decisional deliberative draft of recommendations from FSA to the Under Secretary to grant relief to certain CCI student loan borrowers with borrower defense claims based on JPR misrepresentations |
| 311 | DOE_00003599 | DOE_00003599 | Attachment B - Pre-Discharge 100 Percent Relief Letter.FINAL.docx | Joyce, Erin (BDU, FSA) | | | | | | Borrower defense approvals | DP - Deliberative Process | Pre-decisional deliberative draft of form letter to CCI borrower approving borrower defense claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 315 | DOE_00003603 | DOE_00003603 | Legal Bases for Approval and Discharge OGC Memo (FINAL) (on letterhead).docx | Menashi, Steven (OGC) | | Legal basis for borrower defense relief for certain CCI borrowers | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft legal document drafted by OGC attorneys regarding legal basis for borrower defense relief for certain borrower CCI defense claims prepared to faciliate pre- decisional deliberative discussion of same |
| 316 | DOE_00003604 | DOE_00003604 | Rescission of 9.29 Denial memo (Final).docx | Riemer, Jeffrey (Justin) (OGC) | | Borrower defense claims adjudication | DP - Deliberative Process | Pre-decisional and deliberative memo making recommendations regarding the timing of denials of certain borrower defense claims |
| 326 | DOE_00003614 | DOE_00003614 | Legal Bases for Approval and Discharge OGC Memo (FINAL) (on letterhead).pdf | Menashi, Steven (OGC) | | Legal basis for borrower defense relief for certain CCI borrowers | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft legal document drafted by OGC attorneys regarding legal basis for borrower defense relief for certain borrower CCI defense claims prepared to faciliate pre- decisional deliberative discussion of same |
| 357 | DOE_00003645 | DOE_00003645 | | | Re: BD process | Schmoke, Julian (FSA) | 11/15/2017 15:08 | Borrower defense relief methodology | DP - Deliberative Process | Internal agency email with pre-decisional deliberative discussion regarding proposed course of action and current progress on adjudicating borrower defense claims |
| 507 | DOE_00003795 | DOE_00003795 | BD Decision Memo.docx | BDU | | | Legal basis for CCI borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Pre-decisional deliberative draft memo prepared by borrower defense attorney with legal analysis, discussion, and recommendations regarding Corinthian JPR claims |
| 509 | DOE_00003797 | DOE_00003797 | Borrower Defense Recommendation Letter (FINAL-11-4-15).docx | Smith, Joseph (BD Special Master) | | | Borrower defense claims adjudication | AC - Attorney Client Privilege; DP - Deliberative Process | Pre-decisional deliberative draft of borrower defense recommendation letter prepared by ED attorneys |
| 588 | DOE_00003876 | DOE_00003876 | | | Holder Rule and Borrower Defense Relief | Menashi, Steven (OGC) | 7/26/2017 18:57 | Riemer, Jeffrey (Justin) (OGC) | Legal basis for CCI borrower defense claims | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Internal agency email between OGC attorneys reflecting pre-decisional deliberative discussion of attached privileged OGC legal memo regarding OGC concurrence with BDU transferability of credit recommendations for Heald, Everest and Wyotech |