XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
STEVEN D. DE SALVO (SBN 199904)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State
of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>          Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>          Defendants. | Case Nos.   17-cv-07106-SK<br><br>**NOTICE OF LODGING SETTLEMENT CONFERENCE DOCUMENTS**<br><br>Date:        January 31, 2020<br>Time:        11:30 a.m.<br>Courtroom:  4, Third Floor<br>Judge:        Hon. Donna M. Ryu |

1    PLEASE TAKE NOTICE that pursuant to the November 5, 2019 Notice of Settlement

2 Conference and Settlement Conference Order (Dkt. 93), California and *Calvillo Manriquez*

3 plaintiffs (collectively, "Plaintiffs") are lodging (not filing) hard copies of the following

4 Settlement Conference documents:

5    (1) Exchanged Settlement Conference Statement; and

6    (2) Confidential Settlement Letter.

7    Pursuant to the Court's order, hard copies of these documents are being lodged with the

8 U.S. District Court Clerk's Office in Oakland in a sealed envelope addressed to Magistrate Judge

9 Ryu and prominently marked "**SETTLEMENT CONFERENCE DOCUMENTS – DO NOT**

10 **FILE.**" In addition, electronic copies are being submitted as ordered.

11

12 Dated: January 21, 2019                    Respectfully submitted,

13

14                                            /s/ Amos E. Hartston
                                              AMOS E. HARTSTON
15                                            Deputy Attorney General

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

Case Name:   California v. U.S. Department of        No.   **3:17-cv-07106-SK**
            Education, et al.

I hereby certify that on <u>January 21, 2020,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF LODGING SETTLEMENT CONFERENCE DOCUMENTS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 21, 2020,</u> at Los Angeles, California.

Dominique Colding
Declarant

Signature

LA2017507013