UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. 17-cv-07106-SK<br><br>**ORDER APPROVING JOINT PROPOSAL FOR FINALIZING THE ADMINISTRATIVE RECORD**<br><br>Regarding Docket No. 117 |

On February 13, 2020, the parties submitted a joint proposal for finalizing the administrative record in this case. (Dkt. 113.) The Court HEREBY APPROVES the joint proposal in its entirety. In the event that issues arise with the execution of the proposal, the parties may bring them to the attention of the Court in the form of a joint letter brief. The next status conference remains set for March 23, 2020, and the parties shall submit a joint status report, as described in their proposal, no later than March 20, 2020. The Court will consider Defendants' motion for leave to file a motion for partial reconsideration of the Court's December 27, 2019 Order (Dkt. 118) and Plaintiff's opposition to that motion, if any, separately.

**IT IS SO ORDERED**.

Dated: February 19, 2020

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge