UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | **ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT**<br><br>Case No.  17-cv-07106-SK<br><br>Regarding Docket No. 170 |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No.  17-cv-07210-SK<br><br>Regarding Docket No. 314 |

The Court has reviewed the joint status report submitted by the parties on December 20, 2021.  (Dkts. 170, 314.)  The parties inform the Court that they continue to work toward finalizing the language of their settlement agreement.  (*Id.*)  The parties request further time to conduct data-intensive analysis related to the remaining issues and ask that the Court set a further status report deadline in 60 days.  (*Id.*)  Accordingly, good cause appearing, the Court HEREBY SETS a further status report deadline of March 7, 2022.

   **IT IS SO ORDERED**.

Dated: January 6, 2022



_____
SALLIE KIM
United States Magistrate Judge