UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | **ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT**<br><br>Case No.  17-cv-07106-SK<br><br>Regarding Docket No. 178 |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | Case No.  17-cv-07210-SK<br><br>Regarding Docket No. 352 |

The Court has reviewed the joint status report submitted by the parties on September 12, 2022.  (Dkt. Nos. 178, 352.)  The parties inform the Court that they continue to work toward finalizing their settlement agreement, and that a recent announcement by the Department of Education that it plans to discharge federal student loans related to Corinthian Colleges, Inc., will likely aid in resolving outstanding settlement issues.  (*Id.*)  The parties request further time to finalize negotiations and ask that the Court set a further status report deadline in 60 days.  (*Id.*)  Accordingly, good cause appearing, the Court HEREBY SETS a further status report deadline of November 14, 2022.

**IT IS SO ORDERED**.

Dated: September 13, 2022

_____
SALLIE KIM
United States Magistrate Judge