BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

1   The parties hereby submit the following status report in response to the Court's March 14, 2023 order.

As noted in prior reports, the parties are working towards a negotiated dismissal of the above-referenced litigation in light of the Department's progress effectuating a group discharge for students who attended Corinthian Colleges, Inc.  *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 186 (*California*).  At this time, the Department has discharged the loans of 95% of qualifying Corinthian borrowers who filed borrower defense applications and discharged loans of more than 240,000 additional Corinthian borrowers who did not apply for borrower defense relief.

The parties continue their work preparing the documents necessary for dismissal, which has included the sharing of drafts, and expect to request a conference with the Court to discuss next steps once those documents are finalized.  The parties believe that additional time would be beneficial to allow them to continue their negotiations, and respectfully request that the Court set a further deadline for a status report in 60 days.

Dated:  May 15, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/  Bernard A. Eskandari
ROB BONTA
Attorney General of California
NICKLAS A. AKERS

| | |
|---|---|
| 1 | Senior Assistant Attorney General<br>BERNARD A. ESKANDARI (SBN 244395) |
| 2 | Supervising Deputy Attorney General<br>AMOS E. HARTSTON (SBN 186471) |
| 3 | Deputy Attorney General<br>300 South Spring Street, Suite 1702 |
| 4 | Los Angeles, CA 90013<br>Tel: (213) 269-6348 |
| 5 | Fax: (213) 897-4951<br>Email: bernard.eskandari@doj.ca.gov |
| 6 | *Attorneys for Plaintiff the People of the State* |
| 7 | *of California* |
| 8 | /s/ *Joseph Jaramillo* |
| 9 | JOSEPH JARAMILLO (SBN 178566)<br>Housing & Economic Rights Advocates |
| 10 | 3950 Broadway, Suite 200<br>Oakland, CA 94611 |
| 11 | Tel.: (510) 271-8443<br>Fax: (510) 868-4521 |
| 12 | Email: jjaramillo@heraca.org |
| 13 | /s/ *Eileen M. Connor*<br>EILEEN M. CONNOR (SBN 248856) |
| 14 | Project on Predatory Student Lending, Inc.<br>769 Centre Street, Suite 166 |
| 15 | Jamaica Plain, MA 02130<br>Tel.: (617) 322-2271 |
| 16 | Fax: (617) 781-9625<br>Email: econnor@ppsl.org |
| 17 | *Attorneys for Class Plaintiffs* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |