BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

The parties hereby submit the following status report in response to the Court's November 3, 2023 order.

As noted in prior reports, the parties are working towards a negotiated dismissal of the above-referenced litigation in light of the Department's progress effectuating a group discharge for students who attended Corinthian Colleges, Inc.  *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 186 (*California*).  At this time, nearly 100% of Corinthian borrowers who applied for borrower defense relief have had their loans discharged.  And more than 377,000 Corinthian borrowers who did not apply for relief have also had their loans discharged, constituting approximately 76% of the total number of non-applicant discharges the Department expects to grant as part of the Corinthian group discharge.

The parties continue their work preparing the documents necessary for dismissal, which has included the sharing of drafts, and expect to request a conference with the Court to discuss next steps once those documents are finalized.  The parties believe that additional time would be beneficial to allow them to continue their negotiations and respectfully request that the Court set a further deadline for a status report in 45 days.

Dated:  December 18, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

1  /s/ *Bernard A. Eskandari*
   ROB BONTA
   Attorney General of California
2  NICKLAS A. AKERS
   Senior Assistant Attorney General
3  BERNARD A. ESKANDARI (SBN 244395)
   Supervising Deputy Attorney General
4  AMOS E. HARTSTON (SBN 186471)
   Deputy Attorney General
5  300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
6  Tel: (213) 269-6348
   Fax: (213) 897-4951
7  Email: bernard.eskandari@doj.ca.gov

8  *Attorneys for Plaintiff the People of the State of California*

10 /s/ *Joseph Jaramillo*
   JOSEPH JARAMILLO (SBN 178566)
11 Housing & Economic Rights Advocates
   3950 Broadway, Suite 200
12 Oakland, CA 94611
   Tel.: (510) 271-8443
13 Fax: (510) 868-4521
   Email: jjaramillo@heraca.org
14
   /s/ *Eileen M. Connor*
15 EILEEN M. CONNOR (SBN 248856)
   Project on Predatory Student Lending, Inc.
16 769 Centre Street, Suite 166
   Jamaica Plain, MA 02130
17 Tel.: (617) 322-2271
   Fax: (617) 781-9625
18 Email: econnor@ppsl.org

19 *Attorneys for Class Plaintiffs*

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK