BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. 3:17-cv-7106-SK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |
| MARTIN CALVILLO MANRIQUEZ, et al., | No. 3:17-cv-7210-SK |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

1  The parties hereby submit the following status report in response to the Court's December 19, 2023 order.

As noted in prior reports, the parties are working towards a negotiated dismissal of the above-referenced litigation in light of the Department's progress effectuating a group discharge for students who attended Corinthian Colleges, Inc. *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 186 (*California*).  At this time, 100% of Corinthian borrowers who applied for borrower defense relief have had their loans discharged.  And more than 413,000 Corinthian borrowers who did not apply for relief have also had their loans discharged, constituting approximately 83% of the total number of non-applicant discharges the Department expects to grant as part of the Corinthian group discharge.  The Department continues to validate these numbers, which are reported by the servicers.

The parties continue their work preparing the documents necessary for dismissal, which has included the sharing of drafts, and expect to request a conference with the Court to discuss next steps once those documents are finalized.  The parties believe that additional time would be beneficial to allow them to continue their negotiations and respectfully request that the Court set a further deadline for a status report by March 19, 2024.

Dated:  February 1, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

1
2  /s/ *Bernard A. Eskandari*
   ROB BONTA
3  Attorney General of California
   NICKLAS A. AKERS
4  Senior Assistant Attorney General
   BERNARD A. ESKANDARI (SBN 244395)
5  Supervising Deputy Attorney General
   AMOS E. HARTSTON (SBN 186471)
6  Deputy Attorney General
   300 South Spring Street, Suite 1702
7  Los Angeles, CA 90013
   Tel: (213) 269-6348
   Fax: (213) 897-4951
8  Email: bernard.eskandari@doj.ca.gov

9  *Attorneys for Plaintiff the People of the State of California*
10

11 /s/ *Joseph Jaramillo*
   JOSEPH JARAMILLO (SBN 178566)
12 Housing & Economic Rights Advocates
   3950 Broadway, Suite 200
13 Oakland, CA 94611
   Tel.: (510) 271-8443
14 Fax: (510) 868-4521
   Email: jjaramillo@heraca.org
15
   /s/ *Eileen M. Connor*
16 EILEEN M. CONNOR (SBN 248856)
   Project on Predatory Student Lending, Inc.
17 769 Centre Street, Suite 166
   Jamaica Plain, MA 02130
18 Tel.: (617) 322-2271
   Fax: (617) 781-9625
19 Email: econnor@ppsl.org

20 *Attorneys for Class Plaintiffs*

21

22

23

24

25

26

27

28

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK