UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 17-cv-07106-SK |
|---|---|
| Plaintiff, | **ORDER RESETTING STATUS CONFERENCE** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | Regarding Docket No. 214 |
| Defendants. | |

The Court HEREBY GRANTS Defendants' consent motion to reschedule the May 14, 2025 status conference. The status conference shall be rescheduled to May 29, 2025 at 9:30 am via a Zoom webinar.

**IT IS SO ORDERED**.

Dated: April 29, 2025

SALLIE KIM
United States Magistrate Judge