1  ROB BONTA
   Attorney General of California
2  NICKLAS A. AKERS
   Senior Assistant Attorney General
3  BERNARD A. ESKANDARI (SBN 244395)
   Supervising Deputy Attorney General
4  AMOS E. HARTSTON (SBN 186471)
   Deputy Attorney General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
6   Tel: (213) 269-6046
    Fax: (213) 897-4951
7   Email: amos.hartston @doj.ca.gov

8  *Attorneys for Plaintiff the People of the State of California*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. 3:17-cv-7106-SK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | No. 3:17-cv-7210-SK |
| MARTIN CALVILLO MANRIQUEZ, et al., | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

1    The parties hereby submit the following joint status report in advance of the May 29, 2025
2 Status Conference.
3    In June 2022, the United States Department of Education ("ED") determined that
4 extensive evidence shows that, between 1995 and 2015, Corinthian College engaged in widespread
5 misrepresentations about its schools' educational programs.  ED further determined that borrowers
6 who attended Corinthian during that period met the applicable standards for a defense to
7 repayment.  *See* 34 C.F.R. §§ 685.206, 222.  As a result, ED determined that the relevant loans,
8 and the borrowers' obligations to repay those loans, could not be enforced.  ED further determined
9 that each covered borrower is entitled to a discharge of eligible loans, a refund of payments made
10 to the Secretary on those loans, updated reports to consumer reporting agencies, and, if applicable,
11 removal of default status and restoration of the borrowers' eligibility to receive applicable federal
12 student assistance.
13    Based on the above determinations, as noted in prior reports, on June 1, 2022, ED
14 announced a group discharge to cancel all remaining federal loans for an estimated 560,000
15 borrowers who attended any campus owned or operated by Corinthian from its founding in 1995
16 through its closure in April 2015 ("Corinthian Group Discharge").  *See*
17 https://www.ed.gov/news/press-releases/education-department-approves-58-billion-group-
18 discharge-cancel-all-remaining-loans-560000-borrowers-who-attended-corinthian-colleges. The
19 announced action provides full relief, including discharge of remaining loan balances and refunds
20 of amounts paid, to Corinthian borrowers regardless of whether any such borrower has filed a
21 borrower defense application.  In addition to publicly announcing the Corinthian Group Discharge,
22 ED has sent official notices to eligible borrowers explaining this final agency action and the relief
23 to which they are entitled.
24    For the last two years, the parties in the related cases have jointly reported to the Court
25 that they believe the Corinthian Group Discharge will resolve outstanding issues in these cases and
26 have jointly requested that the Court continue to hold pending litigation deadlines in abeyance.
27 Subsequently, based on ED confirming that the Corinthian Group Discharge includes full relief
28 both for Corinthian borrowers who applied for borrower defense relief and for Corinthian

1 borrowers who did not apply for borrower defense relief, the parties determined that a formal
2 settlement agreement was not necessary and have been working towards a negotiated dismissal of
3 the above-referenced litigation in light of the Department's progress effectuating the Corinthian
4 Group Discharge. *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 185 (*California*). ED has
5 agreed to complete the Corinthian Group Discharge and provide periodic reporting on the progress
6 of implementation to both class counsel and to California. ED has also confirmed that eligible
7 loans, including any consolidation loans that include eligible loans, will remain paused in
8 forbearance or stopped collections unless the borrower expressly opts out of forbearance or
9 stopped collections.

10    As explained in the previous Joint Status Report, ECF No. 210 at 4, since March 18, 2024,
11 the Department has worked to examine and verify the status of the Corinthian discharges reported
12 by servicers by cross-referencing records reported in the National Student Loan Data System
13 (NSLDS) and analyzing these records for indications about the status of these discharges. As of
14 May 6, 2025, that analysis suggests the following information for borrowers determined to be
15 eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian Group
16 Discharge was made):

|  | 05/06/2025 Analysis of NSLDS Data |
|---|---|
| CCI Borrowers who applied | 42,900 (92%) have had their loans discharged |
| CCI Borrowers who did not apply | 425,100 (81%) have had their loans discharged) |

22    ED has assured Plaintiffs' counsel that it remains committed to effectuating relief for
23 Corinthian borrowers as soon as possible. While ED has made progress on implementing the
24 Corinthian Group Discharge since the previous Joint Status Report, as noted in earlier reports,
25 progress has been slowed for two main reasons: prioritization of effectuating relief in *Sweet v.*
26 *Cardona*, No. 3:19-cv-03674-WHA (N.D. Cal.), and complications with consolidated loans.
27 Unlike in this case, the effectuation of relief in *Sweet* is based on ED's obligation to comply with

1  deadlines for discharging loans and processing loans in accordance with a court-approved
2  settlement agreement.  *See* ECF No. 210 at 5-6 (discussing *Sweet*).

3    Plaintiffs disagree with ED's explanations for its lengthy delay in effectuating the
4  promised discharges and note that approximately 105,600 borrowers remain eligible for the
5  promised relief. As noted in prior reports, Plaintiffs have expressed concerns that ED has not been
6  making significant progress and, in their view, does not have a reliable process in place to
7  efficiently discharge the remaining consolidated loans. Plaintiffs have requested that ED confirm it
8  will use the "terminal loan discharge process" utilized to effectuate discharges of consolidated
9  loans in the *Sweet* action or identify a reasonable and workable alternative. ED is considering
10 Plaintiffs' proposal and anticipates making a determination, and providing Plaintiffs an update on
11 that determination, within 60 days.  Further, as noted in prior status reports, ED has taken steps to
12 ensure eligible loans, including any consolidation loans that include eligible loans, will remain
13 paused in forbearance or stopped collections, and ED is committed to working towards making
14 significant progress on effectuating the remaining discharges under the Corinthian Group
15 Discharge.

16   The parties propose filing a further Joint Status Report on August 4, 2025, two weeks after
17 the 60-day period when ED anticipates providing an update on use of the "terminal loan discharge
18 process" for remaining eligible loans.

19  DATED:  May 22, 2025       Respectfully submitted,

/s/ *Bernard A. Eskandari*
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorneys for Class Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Cristen C. Handley*
CRISTEN C. HANDLEY
Trial Attorney
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: cristen.handley@usdoj.gov

*Attorneys for Defendants*

ATTESTATION OF SIGNATURES

I, Bernard A. Eskandari, hereby attest, pursuant to Local Civil Rule 5-1(h)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ *Bernard A. Eskandari*
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General

*Attorney for Plaintiff the People of the State of California*