ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6046
 Fax: (213) 897-4951
 Email: amos.hartston @doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. 3:17-cv-7106-SK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | No. 3:17-cv-7210-SK |
| MARTIN CALVILLO MANRIQUEZ, et al., | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

The parties hereby submit the following joint status report in advance of the February 18, 2026, Status Conference.

The parties had two settlement conferences with Judge Ryu, in September and December, 2025.  Following Judge Ryu's retirement, the parties have agreed to a further settlement conference before Judge Cisneros, which has not yet been scheduled.

To determine if a settlement can be finalized, the parties propose filing a further Joint Status Report in 60 days, on April 15, 2026.

The parties separately submit the following brief updates to the Court.

**Report from Plaintiffs: The People of the State of California and Class Counsel for Martin Calvillo Manriquez, et al.**

As noted in prior reports, on June 1, 2022, the United States Department of Education ("ED") announced a group discharge to cancel all remaining federal loans for all borrowers who attended any campus owned or operated by Corinthian Colleges from its founding in 1995 through its closure in April 2015 ("Corinthian Group Discharge"). The announced action provides full relief, including discharge of remaining loan balances and refunds of amounts paid, to Corinthian borrowers regardless of whether any such borrower has filed a borrower defense application.

ED has agreed to complete the Corinthian Group Discharge and provide periodic reporting on the progress of implementation to both class counsel and to California. ED has also confirmed that eligible loans, including any consolidation loans that include eligible loans, will remain paused in forbearance or stopped collections unless the borrower expressly opts out of forbearance or stopped collections.

As of February 10, 2026, ED's analysis of data, including data reported in the National Student Loan Data System ("NSLDS"), suggests the following information for borrowers determined to be eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian Group Discharge was made):

|  | 2/10/2026 Analysis of NSLDS Data |
|---|---|
| CCI Borrowers who applied | 43,200 (93%) have had their loans discharged |
| CCI Borrowers who did not apply | 441,500 (84%) have had their loans discharged |

Plaintiffs note that, based on ED's updated estimates, approximately 88,800 Corinthian borrowers remain eligible and waiting for the promised relief, including approximately 3,500 Corinthian borrowers who applied and 85,300 Corinthian borrowers who did not apply for borrower-defense relief. We estimate that approximately 57,500 (65%) of the remaining eligible loans are mixed-consolidation loans.

As noted in prior reports, Plaintiffs have expressed concerns that ED has not been making significant progress in the last year and, in their view, does not have a reliable process in place to efficiently discharge the remaining consolidated loans that consist of both Corinthian loans and non-Corinthian loans ("mixed-consolidation loans"). In response, ED has explained that progress has been slowed due to prioritization of effectuating relief in *Sweet v. Cardona*, No. 3:19-cv-03674-WHA (N.D. Cal.), due to complications with consolidated loans, and conflicting priorities and limited resources. As noted in prior reports, Plaintiffs requested that ED confirm it will use the "terminal loan discharge process" utilized to effectuate discharges of mixed consolidation loans in *Sweet* or identify a reasonable and workable alternative. In response, ED previously made an offer to Plaintiffs regarding use of the "terminal loan discharge process" for certain Corinthian borrowers if these cases can be resolved without further litigation. *See* Dkt. 219 at p. 3.

Plaintiffs would like to continue settlement discussions to see if settlement is possible.

**Report from the Federal Government Defendants:**

On June 1, 2022, the United States Department of Education ("ED") issued a final order providing relief in the form of a recognition of a claim to a borrower defense to repayment for all borrowers who attended any campus owned or operated by Corinthian Colleges from its founding in 1995 through its closure in April 2015 ("Corinthian Group Borrower Defense Final Order") (attached). The agency action provides that relief regardless of whether any such borrower has filed a borrower defense application.

After ED recognizes a borrower defense to repayment, ED instructs loan servicers—third parties who are legally distinct from ED and who contract with ED to administer student loans—to take certain actions, such as removing the loan balance from the loan servicer's systems of records.  ED has agreed to provide periodic reporting on the progress of their implementation to both class counsel and to California. ED has also confirmed that eligible loans, including any consolidation loans that include eligible loans, will remain paused in forbearance or stopped collections unless the borrower expressly opts out of forbearance or stopped collections.

As of February 10, 2026, ED's analysis of data, including data reported in the National Student Loan Data System ("NSLDS"), suggests the following information for borrowers determined to be eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian Group Borrower Defense Final Order was issued):

|  | 02/10/2026 Analysis of NSLDS Data |
| --- | --- |
| CCI Borrowers who applied | 43,200 (93%) have had their loans discharged |
| CCI Borrowers who did not apply | 441,500 (84%) have had their loans discharged |

Defendants believe that the Court should be aware of a civil action pending in this district brought against one of the largest loan servicers on behalf of a putative class of Corinthian Colleges borrowers to ensure that the Department's final order is effectuated.  A putative class action against the Higher Education Loan Authority of the State of Missouri ("MOHELA")—a student loan servicer responsible for implementing ED's instructions to remove loan balances from systems of records after ED recognizes a defense to repayment—is pending in this district.  *Maldonado v. MOHELA*, No. 3:24-cv-07850-VC (N.D. Cal.).  The *Maldonado* Plaintiffs seek to represent a class of:

> All California residents who took out federal student loans (including Direct and/or FFEL loans) to pay educational expenses at  . . . Corinthian Colleges . . . ("Group Discharge Loans"); who are included in the Department of Education's Group Discharges for these schools; whose Group Discharge Loans are, at the time of filing of this Complaint, being serviced by MOHELA; and who, since the Department of Education's public announcements of their discharges, (i) have

received communications from MOHELA that a balance or payment is due and owing on their discharged loans, (ii) have not received a refund of qualifying payments made on their Group Discharge Loans, and/or (iii) have Group Discharge Loans reported by MOHELA on their credit reports with an outstand balance or payment due.

Compl. ¶ 115, *Maldonado v. MOHELA*, No. 3:24-cv-07850-VC (N.D. Ca.l. Nov. 8, 2024), ECF No. 1-25.  The putative *Maldonado* class seeks, among other relief,

An injunction (a) prohibiting MOHELA from demanding and/or collecting payments on any Group Discharge loans, including consolidated loans that consist in whole or in part of any Group Discharge loans; (b) requiring MOHELA to correct its credit reporting for all Group Discharge loans within its portfolio to reflect that there is no balance due or owing on any of these loans; [and] (c) requiring MOHELA to complete the refund process for all Group Discharge loans within its portfolio by a date certain[.]

*Id*. at 33, Prayer for Relief ¶ 4.  The Plaintiffs in *Maldonado* are represented by the same counsel that represent the Plaintiffs in the *Manriquez* class here.  The *Maldonado* action is being actively litigated.  On July 8, 2025, Judge Chhabria denied MOHELA's argument that ED is a necessary party under Federal Rule of Civil Procedure 19, concluding that "[t]he plaintiffs do not seek, nor would this Court grant, any judgment that requires discharge of loans that [the Department of Education] did not authorize."  Order, *Maldonado v. MOHELA*, No. 3:24-cv-07850-VC (N.D. Cal. July 8, 2025), ECF No. 69.

Defendants have expressed concerns to Plaintiffs' counsel that this case does not seek judicial review of any agency statement of general applicability and future effect designed to implement, interpret, or prescribe agency policy on the issue of terminal loan methodology.  In Defendants' view, this issue is therefore not properly before the Court in this Administrative Procedure Act case.

DATED:  February 11, 2026          Respectfully submitted,

/s/ *Amos E. Hartston*
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702

Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

*/s/ Noah Zinner*
NOAH ZINNER
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2945
Fax: (617) 781-9625
Email: nzinner@ppsl.org

*Attorneys for Class Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

ATTESTATION OF SIGNATURES

I, Bernard A. Eskandari, hereby attest, pursuant to Local Civil Rule 5-1(h)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/  *Bernard A. Eskandari*
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General

*Attorney for Plaintiff the People of the State of California*

6