OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 12, 2026 | **Time:** 10:08 a.m.-10:30 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:17-cv-07106-SK | **Case Name:** People of the State of California v. United States Department of Education | |

**For Plaintiff:** Amos Hartston, California Department of Justice, counsel for Plaintiff.

**For Defendant:** Liam Holland, United States Department of Justice, counsel for Defendants.

**Deputy Clerk:** Brittany Sims                    **Reported by:** Not Recorded

PROCEEDINGS

Telephonic Pre-Settlement Conference held. The parties agreed to hold a settlement conference on May 11, 2026, starting at 10:00 am. The settlement conference will be held in person unless the Court excuses in-person attendance based on a request made pursuant to the procedure set forth in Judge Cisneros's Settlement Conference Standing Order.

The deadline for the parties to submit their settlement conference statements and confidential letters is advanced from May 4, 2026, to April 20, 2026. In addition, the parties agreed to continue negotiating an agreement well before the May settlement conference. Accordingly, by March 20, 2026, the parties shall update the Court through a joint letter not to exceed five pages that provides an overview of the parties' substantive discussions, identifies the progress made and what terms remain disputed. This letter shall be submitted to ljcsettlement@cand.uscourts.gov.