# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 17, 2026 | **Time:** 10:16 a.m-1:30 p.m. | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:17-cv-07106-SK | **Case Name:** People of the State of California v. United States Department of Education | |

**For Plaintiff People of the State of California:** Amos Hartston and Michael Elisoffin, California Department of Justice

**For Class Plaintiffs:** Noah Zinner, Project on Predatory Student Lending

**For Defendants:** Liam Holland, Department of Justice, counsel for Defendants; Erin Steinhilber, Senior Counsel; Tara Marini, Branch Chief; Colby Jennings, Borrower Defense Program Manager; Michelle R. Bennett, Assistant Director (Zoom) ; Karen Karas, General Attorney (Zoom)

**Deputy Clerk:** Brittany Sims **Reported by:** Not Recorded or Reported

## PROCEEDINGS

Settlement Conference held. The case did not settle. The parties agreed to next steps, and Judge Cisneros will schedule a further settlement conference.